IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-724-AP**

**DARLENE ALEXANDER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on Defendant's Unopposed Motion for Entry of Judgment, (doc. #8), filed November 24, 2008. The motion is **GRANTED**. In consideration thereof, it is

**ORDERED** that Judgment shall enter in favor of the plaintiff and against the defendant, consistent with the fully favorable decision issued by an Administrative Law Judge on November 7, 2008.

Dated at Denver, Colorado, this 25th day of November, 2008.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT