IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-724-AP

DARLENE ALEXANDER,

   Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

   Defendant.

---

## ORDER
---

  Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #11), filed December 22, 2008. The motion is GRANTED. It is

  ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of **$3,743.25**, to be made payable to Plaintiff, Darlene Alexander, and mailed to counsel of record.

  DATED this 29th day of December, 2008.

            BY THE COURT:

            *S/John L. Kane*
            U.S. District Court Judge